# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0764

_____

Laraye Ivey Lewis,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

January 16, 2024

Per Curiam.

Affirmed.

Lewis, Ray, and Kelsey, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.